**DEMOVSKY LAWYER SERVICE**
Premier Nationwide Document Retrieval and Process Service Company
800-443-1058

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-------------------------------------------------X
MICHAEL FORD,

      Plaintiff,

V.

DARREN MERCER, ET AL.,

      Defendant.
-------------------------------------------------X

Case No. 2:24-CV-04894-CCC-JBC

AFFIDAVIT OF SERVICE

STATE OF DELAWARE  )
                  S.S.:
COUNTY OF NEW CASTLE )

**STUART IDELSON**, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of the attorney service, D.L.S., INC., and is not a party to this action.

That on the 25 day of April, 2024, at approximately 2:24 pm, deponent served a true copy of the **SUMMONS IN A CIVIL CASE AND VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT** upon **TINGO GROUP, INC.**, c/o Registered Agents Legal Services, LLC at 1013 Centre Rd., Suite 403S, Wilmington, DE 19805, by personally delivering and leaving the same with **LILLIE ASHLEY**, who is a Corporate Specialist and is authorized to receive service at that address.

**LILLIE ASHLEY** is a white female, approximately 25 years of age, stands approximately 5 feet 3 inches tall, and weighs approximately 120 pounds with brown hair.

*Stuart Idelson* 4/29/2024
**STUART IDELSON**

Sworn to before me this
__29__ day of __April__, 2024

_____
NOTARY PUBLIC

KIMBERLY J. RYAN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires March 31, 2028

# 298451

D.L.S., Inc.
401 Broadway
Suite 808
New York, NY 10013
212-925-1220
www.dlsnational.com