

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-------------------------------------------------------X
MICHAEL FORD,

        Plaintiff,　　　　　　　　　　　　　Case No. 2:24-CV-04894-CCC-JBC

    V.　　　　　　　　　　　　　　　　　　　AFFIDAVIT OF SERVICE

DARREN MERCER, ET AL.,

        Defendants.
-------------------------------------------------------X

STATE OF UTAH　　　　　　　)
　　　　　　　　　　　　　　S.S.
COUNTY OF __Salt Lake__ )

    **JOSLYN STEVENS**, being duly sworn, deposes and says that she is over the age of eighteen years, is an agent of the attorney service, DLS, INC., and is not a party to this action.

    That on the 7 day of May, 2024, at approximately the time of 3:38 pm, deponent served a true copy of the **SUMMONS IN A CIVIL CASE AND VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT** upon **KENNETH DENOS** at 11650 South State Street, Suite 240, Draper, UT 84020, by personally delivering and leaving the same with **CHENE GARDNER**, Accountant, a person of suitable age and discretion at that address, the actual place of business. At the time of service, deponent asked **CHENE GARDNER** if **KENNETH DENOS** is in active military service for the United States of America or for the State in any capacity whatever or dependent upon a person in active military service and received a negative reply.

    **CHENE GARDNER** is a white male, approximately 55 years of age, stands approximately 6 feet 2 inches tall, and weighs approximately 220 pounds with brown hair and brown eyes.

_Joslyn Stevens_
JOSLYN STEVENS

Sworn to before me this
__14__ day of May, 2024

_Michael Currie_
NOTARY PUBLIC

MICHAEL CURRIE
Notary Public - State of Utah
Commission Number: 732124
My Commission Expires on
July 13, 2027

298683

D.L.S., Inc.
101 Broadway
Suite 808
New York, NY 10013
212-925-1220
www.dlsnational.com