

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-------------------------------------------------X
MICHAEL FORD,

        Plaintiff,

V.

DARREN MERCER, ET AL.,

        Defendant(s).
-------------------------------------------------X

Case No. 2:24-CV-04894-CCC-JBC

AFFIDAVIT OF MAILING

STATE OF NEW YORK    )
           S.S.
COUNTY OF NEW YORK  )

        **SHIRLEY CHEN**, being duly sworn, deposes and says that she is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

        That on the 9 day of May, 2024, deponent served a true copy of the **SUMMONS IN A CIVIL CASE AND VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT** upon **KENNETH DENOS** by first class mail, by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL AND CONFIDENTIAL" written on the same envelope, and not indicating on the outside that it is from an attorney or concerns an action against the person to be served, and depositing the same into an official depository maintained by the Government of the United States, City and State of New York, addressed as follows:

**KENNETH DENOS**
**11650 SOUTH STATE STREET**
**SUITE 240**
**DRAPER, UT 84020**

_____
**SHIRLEY CHEN**

Sworn to before me this
____ day of May, 2024

NOTARY PUBLIC

JONATHAN RIPPS
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01RI6109718
Qualified in New York County
My Commission Expires May 17, 2024

# 298683

D.L.S., Inc.
401 Broadway
Suite 808
New York, NY 10013
212-925-1220
www.dlsnational.com