**DEMOVSKY LAWYER SERVICE**
Premier Nationwide Document Retrieval and Process Service Company
800-443-1058

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
------------------------------------------------------X
MICHAEL FORD,

    Plaintiff,                                      Case No. 2:24-CV-04894-CCC-JBC

  -against-                                      AFFIRMATION OF SERVICE

DARREN MERCER, et al.,

    Defendants.
------------------------------------------------------X

    **NATHANIEL CASTRO** affirms that he is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

    That on the 19th day of September, 2024, at approximately 2:13 pm, deponent served a true copy of the **SUMMONS; VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT; AND CIVIL COVER SHEET** upon **AGRI-FINTECH HOLDINGS, INC.** at 11650 South Street, Suite 240, Draper, UT 84020, by personally delivering and leaving the same with **JARED RODRIGUEZ**, who is a Demand Specialist and is authorized to receive service for that company.

    **JARED RODRIGUEZ** is a white male, approximately 40 years of age, stands approximately 5 feet 10 inches tall, and weighs approximately 260 pounds with brown hair.

    **NATHANIEL CASTRO** affirms this __20__ day of September, 2024, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and understands that this document may be filed in an action or proceeding in a court of law.

_____
**NATHANIEL CASTRO**

\# 301958

D.L.S., Inc.
401 Broadway
Suite 808
New York, NY 10013
212-925-1220
www.dlsnational.com