**DEMOVSKY LAWYER SERVICE**
Premier Nationwide Document Retrieval and Process Service Company
800-443-1058

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------------------X
MICHEL FORD,

        Plaintiff,

V.

DARREN MERCER, ET AL.,

        Defendants.
-----------------------------------------------------------X

Case No. 2:24-CV-04894-CCC-JBC

AFFIRMATION OF SERVICE

    **WILLIAM BAILEY** affirms that he is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

    That on the 27 day of September, 2024, at approximately 2:25 pm, deponent served a true copy of the **SUMMONS IN A CIVIL CASE, VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT AND CIVIL COVER SHEET** upon **ERNST & YOUNG AMERICAS LLC**, c/o National Registered Agents, Inc., at 1209 Orange Street, Wilmington, DE 19801, by personally delivering and leaving the same with **ROBIN HUTT-BANKS**, who is an Intake Specialist and is authorized to receive service for that company.

    **ROBIN HUTT-BANKS** is a black female, approximately 50 years of age, stands approximately 5 feet 7 inches tall, and weighs approximately 160 pounds with brown hair.

    **WILLIAM BAILEY** affirms this 30 day of September, 2024, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and understands that this document may be filed in an action or proceeding in a court of law.

WILLIAM BAILEY

# 302110

D.L.S., Inc.
401 Broadway
Suite 808
New York, NY 10013
212-925-1220
www.dlsnational.com